JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL VASQUEZ, SR., et al.,<br><br>    Defendant. | Case No. CV 20-2432 FMO (JEMx)<br><br>**JUDGMENT** |

Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendants Manuel Vasquez, Sr. and Concepcion Vasquez (collectively, "defendants"), who are jointly and severally liable, shall pay plaintiff statutory damages in the amount of $4,000.00.

2. Defendants shall pay plaintiff attorney's fees and costs in the amount of $2,000.50.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 22nd day of May, 2020.

                                                                  /s/
                                              Fernando M. Olguin
                                           United States District Judge